1154

No. 00–5090.  CLEM v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–5950.  SHEA v. UNITED STATES;
No. 00–5963.  BURKE v. UNITED STATES;
No. 00–6001.  McDONALD v. UNITED STATES;
No. 00–6005.  McGONAGLE v. UNITED STATES; and
No. 00–6057.  O'HALLORAN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  Reported below: 211 F. 3d 658.

No. 00–5954.  NASWORTHY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–6090.  MANSFIELD v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–6124.  VIEUX v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–6270.  MORGAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6402.  WEAVER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6403.  WILSON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–6431.  WILEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6432.  WILSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6449.  HOLMAN v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–6555.  HESSE v. DEPARTMENT OF STATE.  C. A. Fed. Cir.  Certiorari denied.

No. 00–6557.  HIEU PHAM v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 00–6621.  COOPER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.